441 A.2d 459

Commonwealth v. DeShields, Appellant.

Argued March 24, 1981. Richard K. Renn, Assistant Public Defender, for appellant; Richard H. Horn, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Affirmed.

PRICE, J., did not participate in the consideration or decision of this case.